Katherine Carlton Robinson, Esq.  (IN #31694-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GEORGE MASON,<br>    Plaintiff,<br>vs.<br>TRANSUNION, LLC; YOLO FEDERAL CREDIT UNION; and DOES 1 THROUGH 100 INCLUSIVE;<br>    Defendants. | CASE NO. 5:17-cv-02967-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff George Mason ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-02967-BLF**

| | |
|---|---|
| | Respectfully submitted, |
| Date: August 24, 2017 | s/ Joseph B. Angelo<br>Scott J. Sagaria, Esq.<br>Elliot W. Gale, Esq.<br>Joseph B. Angelo, Esq.<br>Scott M. Johnson, Esq.<br>Sagaria Law, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA  95110<br>Telephone:  (408) 279-2288<br>Fax:  (408) 279-2299<br>E-Mail:  sjsagaria@sagarialaw.com<br>            egale@sagarialaw.com<br>            jangelo@sagarialaw.com<br>            sjohnson@sagarialaw.com<br><br>*Counsel for Plaintiff, George Mason* |
| Date: August 25, 2017 | *s/ Katherine E. Carlton Robinson*<br>Katherine E. Carlton Robinson, Esq.<br>  (IN #27254-49)<br>  (admitted *Pro Hac Vice*)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  317-363-2400<br>Fax:  317-363-2257<br>E-Mail:  krobinson@schuckitlaw.com<br><br>*Lead Counsel for Defendant Trans Union, LLC*<br><br>David Streza, Esq. (CSB #209353)<br>Vogl Meredith Burke LLP<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA  94104<br>Telephone:  415-398-0200<br>Fax:  415-398-2820<br>E-Mail:  dstreza@vmbllp.com<br><br>*Local Counsel for Defendant Trans Union, LLC*<br><br>*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-02967-BLF**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff George Mason and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____      _____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| Elliot W. Gale, Esq. egale@sagarialaw.com | Joseph B. Angelo, Esq. jangelo@sagarislaw.com |
|---|---|
| Scott J. Sagaria, Esq. sjsagaria@sagarialaw.com | David J. Streza, Esq. dstreza@vmbllp.com |
| Katherine E. Carlton Robinson, Esq. krobinson@schuckitlaw.com | Scott M. Johnson, Esq. sjohnson@sagarialaw.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-02967-BLF**