Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff George Mason

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MASON,<br><br>           Plaintiff,<br><br>     v.<br><br>TRANSUNION, LLC, et al.,<br><br>           Defendants. | Case No.: 5:17-cv-02967-BLF<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT YOLO FEDERAL CREDIT UNION |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff George Mason and defendant Yolo Federal Credit Union, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within twenty (20) days and will request dismissal of Yolo Federal Credit Union, Inc. from this action upon finalization.

                                                                          **Sagaria Law, P.C.**

Dated: September 29, 2017         By:    /s/ *Elliot Gale*
                                                                          Elliot Gale
                                                                          Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT YOLO FEDERAL CREDIT UNION -1-

| | | | |
|---|---|---|---|
| Dated: | September 29, 2017 | By: | /s/ *Roxanne T. Daneri* |
| | | | Roxanne T. Daneri |
| | | | Attorneys for Defendant |
| | | | Yolo Federal Credit Union |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Roxanne T. Daneri has concurred in this filing.

*/s/ Elliot Gale*